# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **FEDERICO AGUILAR**, *et al.*, § | |
| § | |
| V. § | CASE NO. 1:14-CV-70 |
| § | |
| § | |
| **INDUSTRIAL PROCESS INSULATORS** § | |
| **INC.** § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation on the parties' amended joint motion to approve settlement. Judge Giblin recommended that the Court grant the motion and adopt his finding that the proposed settlement in this matter is a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act (FLSA). Judge Giblin further recommended that this Court approve the parties' proposed settlement disbursement schedule and enter an order of dismissal and final judgment disposing of all claims with prejudice and with each party to bear its own costs.

On August 3, 2015, the parties filed their Notice of No Objections to Magistrate Judge's Report and Recommendation (Doc. No. 18). Having considered the magistrate judge's report and the lack of opposition to his findings and recommendation, the Court **ORDERS** that the Report and Recommendation (Doc. No. 17) is **ADOPTED**. It is further **ORDERED** that the Amended Joint Motion to Approve Settlement (Doc. No. 15) is **GRANTED**. The Court adopts the magistrate

judge's specific findings and recommendations set forth in the report and incorporates them herein.

The Court will issue an order of dismissal and final judgment separately.

So **ORDERED** and **SIGNED** this **6** day of **August, 2015.**

_____
Ron Clark, United States District Judge